Eddy Glickman, Respondent.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

Frank Smith, Appellant, v. Holbrook, Cabot & Rollins Corporation, Respondent.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows:· Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton and Rich, JJ.

Henry R. Teepe, as Assignee of Henry F. Sanville, Appellant, v. John Milnes and John Milnes Company, Respondents.— Order affirmed by default, with ten dollars costs and disbursements. Jenks, P. J., Thomas Carr, Rich and Putnam, JJ., concurred.

Henry R. Teepe, as Assignee of Henry F. Sanville, Appellant, v. John Milnes, John Milnes Company and Joseph T. O'Grady, as Sheriff of Richmond County, Respondents.— Orders affirmed by default, with ten dollars costs and disbursements. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Sarah E. Vander Putten, Appellant, v. The Nassau Electric Railroad Company, Respondent.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton and Rich, JJ.

Schalam Goldberg, Respondent, v. First National Bank of Brooklyn, New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

Chauncey S. Horton and Others, Plaintiffs, v. Thomas McNally Company, Defendant. In the Matter of the Application of The Harriman National Bank of the City of New York, Appellant, for an Order Restraining the City of New York from Paying, and Benjamin B. Odell, Jr., as Receiver of Thomas McNally Company, Respondent, from Receiving, any Part of the Retained Percentage under Contract No. 2, etc.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified in accordance with opinion per curiam in *Horton* v. *McNally Co. (ante,* p. 248), decided herewith, and as so modified affirmed, without costs. Jenks, P. J., Carr and Putnam, JJ., concurred; Rich, J., voted to affirm on the opinion of Mr. Justice Tompkins at Special Term (89 Misc. Rep. 165).

Carrie R. Hunter, Respondent, v. Grace S. Ramsay, Individually and as Administratrix, etc., Appellant. (Appeal No. 2.) — Inasmuch as the order to which this order is related is reversed, this order is also reversed, without costs, and motion denied, without costs, and defendant permitted to answer in conformity with the decision in appeal No. 1 (*ante,* p. 953). No opinion. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred; Thomas, J., not voting.

In the Matter of the Appraisal under the Transfer Tax Acts of the Property of Elise K. Hermanni, etc., Deceased. Eugene M. Travis, as Comptroller of the State of New York, Appellant; August Hermanni and